UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEPHANIE KNOTH                                                                                   PLAINTIFF

VS.                                      CIVIL ACTION NO. 5:18cv49-DCB-MTP

DR. STEPHEN P, KEITH, ET AL                                             DEFENDANTS

## **NOTICE OF APPEARANCE**

David C. Dunbar and the law firm DunbarMonroe, PLLC, enter their appearance as counsel of record on behalf of the Plaintiff, Stephanie Knoth, in the above-styled cause.

THIS the 10th day of April, 2019.

                                              Respectfully submitted,

                                              STEPHANIE KNOTH

                                              By Her Attorneys

                                              DunbarMonroe, PLLC

                                              *s/ David C. Dunbar*
                                              David C. Dunbar

OF COUNSEL:
David C. Dunbar (MSB#6227)
dcdunbar@dunbarmonroe.com
*DunbarMonroe, PLLC*
270 Trace Colony Park, Suite A
Ridgeland, Mississippi  39157
601-898-2073 Office
601-898-2074 Facsimile

Tina M. Bullock
SANDERS PHILLIPS GROSSMAN BULLOCK, PLLC - Atlanta
3060 Peachtree Road, NW, Suite 1150
Atlanta, GA 30305
601-826-2055 Office
601-500-5786 Facsimile
tbullock@thesandersfirm.com

## **CERTIFICATE OF SERVICE**

I, David C. Dunbar, do hereby certify that I have this day filed the foregoing Notice with the Clerk of this Court using the Court's ECF system which gave notification to the following:

Robert Mark Hodges         rmh@wisecarter.com
Mallory M. Street           mms@wisecarter.com
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
*Attorneys for Southwest Mississippi Regional Medical Center*

Chad R. Hutchinson       chad.hutchinson@butlersnow.com
Adam D. Porter             adam.porter@butlersnow.com
BUTLER SNOW LLP-Ridgeland
P. O. Box 6010
1020 Highland Colony Pkwy., Ste. 1400 (39157)
Ridgeland, MS 39158-6010
*Attorneys for Apollo Endosurgery US, Inc.*

THIS the 10th day of April, 2019.

                                         *s/ David C. Dunbar*
                                         David C. Dunbar