UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEPHANIE KNOTH                                                                                    PLAINTIFF

VS.
                                                                      CIVIL ACTION NO. 5:18cv49-DCB-MTP

APOLLO ENDOSURGERY, INC.                                                                       DEFENDANT

### ORDER GRANTING LEAVE FOR CONVENTIONAL FILING

There came on for consideration before this Court the Motion of the Plaintiff [ECF Doc. 226] for leave to file exhibits to the Plaintiff's Motion to Re-Open Discovery under seal.

The Court, being fully advised in the premises finds that the motion is well-taken and should be GRANTED.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff may conventionally file the declaration of Joshua Sharlin, Ph.D. and the declaration of Christian Torres, along with all attached documents to each declaration, under seal pursuant to the Confidentiality and Protective Order previously entered in this case. [ECF Doc. 57].

**SO ORDERED AND ADJUDGED** this the   22nd   day of September, 2021.

                                                      s/David Bramlette
                                                      David Bramlette
                                                      United States District Judge

ORDER SUBMITTED BY:

  s/ *David C. Dunbar*
David C. Dunbar (MSB #6227)
*Attorney for Plaintiff*

AGREED:

  s/ *Adam Porter*
Adam D. Porter (MSB #105324)
*Attorney for Defendant*